FULVIO F. CAJINA (Bar No. 289126)
THE LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

Attorney for Plaintiff SAUL MENDOZA JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAUL MENDOZA JR.;

     Plaintiffs,

v.

ERIC SMITH JR.; CITY OF RICHMOND; AND DOES 1-25.

     Defendants.

Case No. 3:23-cv-00070-TLT

**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

PURSUANT TO F.R.C.P. 41(a)(2) Plaintiff by and through his counsel, hereby gives notice to the Court that all the terms of the settlement agreement have been satisfied and hereby requests that the above-captioned action be voluntarily dismissed in its entirety against all Defendants with prejudice.

Dated: March 17, 2026

      /s/*Fulvio F. Cajina*
      Fulvio F. Cajina

      Attorney for Plaintiff SAUL MENDOZA JR.

**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(2)**

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Plaintiff's request for voluntary dismissal of the entire action with prejudice is granted.

Dated: **March 18, 2026**

Hon. Rita F. Lin
United States District Judge

**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(2)**